IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

DAVID SKOLASKI,

        Plaintiff,

    v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendant.

Civil No. 08-1228-TC

ORDER

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on March 4, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de</u> <u>novo</u>, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The Commissioner's decision is affirmed and the clerk of court is directed to enter judgment accordingly.

DATED this 31st day of March, 2010.

*[signature]*
United States District Judge

2    - ORDER